UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TILDEN JORDAN BALL,

    Petitioner,

    v.

COUNTY OF SANTA CRUZ,

    Respondent.

Case No. 22-cv-03120-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 27, 2022, petitioner, who is being held in custody at the Santa Cruz County Jail, filed the present petition for a writ of habeas corpus. On the same day the action was filed the Court sent a notification to petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk of the Court sent petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and petitioner has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 13, 2022

                                                  JUDGE YVONNE GONZALEZ ROGERS
United States District Judge